IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01884-REB-MEH

JACQUELYN ANN WHITTINGTON, individually and on behalf of all other persons similarly situated,

    Plaintiffs,

v.

YUM! BRANDS, INC.,
TACO BELL OF AMERICA, INC., and
TACO BELL CORP.,

    Defendants.

## ORDER DISMISSING DEFENDANT, YUM! BRANDS, INC., ONLY

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal Without Prejudice of Yum! Brands, Inc.** [#10] filed September 17, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Yum! Brands, Inc., should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Without Prejudice of Yum! Brands, Inc.** [#10] filed September 17, 2010, is **APPROVED**;

2. That plaintiff's claims against defendant, Yum! Brands, Inc., are **DISMISSED WITHOUT PREJUDICE**; and

3.  That defendant, Yum! Brands, Inc., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 17, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge