## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01884-KMT-MEH

JAQUELYN ANN WHITTINGTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiff,

v.

TACO BELL OF AMERICA, INC., and
TACO BELL CORP.,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Approving Settlement of Magistrate Judge Kathleen M. Tafoya entered on November 13, 2013 it is

ORDERED that Final Judgment is entered as follows: the parties' "Joint Motion for Approval of Collective Action Settlement" filed August 12, 2013, [Doc. No. 202], is granted.  The Court approves the parties' settlement including payment of Attorneys' Fees and Costs in the amount of $821,700.00 in fees, and costs in the amount of $153,496.85, the administration fee of $85,000.00 and the service payment to the named Plaintiff of $7,500.00, with the remainder of the total settlement amount of $2,490,000.00 to be distributed in accordance with the terms of the agreement.  It is

FURTHER ORDERED that this Action is DISMISSED WITH PREJUDICE with respect to all Final Settlement Collective Action Members and WITHOUT PREJUDICE

with respect to any opt-in collective members who submit a timely Request for Exclusion, without costs to any Party, other than as specified in the Settlement Agreement and this Order.

Dated at Denver, Colorado this 14th day of November, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler, Deputy Clerk